UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIAMOND CHANEL SIMMONS,

                Plaintiff,

-against-

CITY OF WHITE PLAINS; SPCA OF WESTCHESTER; DETECTIVE FERDINANDO "FRED" CIANCI; SERGEANT TODD HORGAN; ERNEST LUNGARO,

                Defendants.

25-CV-8613 (CS)

ORDER OF SERVICE

---

CATHY SEIBEL, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated her federal constitutional rights.[1] By order dated October 28, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve

---

[1] Plaintiff filed the complaint in this action on October 17, 2025. On October 29, 2025, without a directive from the court, Plaintiff filed an amended complaint. (ECF 7.) The amended complaint is the operative pleading.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants City of White Plains, SPCA of Westchester, Detective Ferdinando "Fred" Cianci, Sergeant Todd Horgan, and Ernest Lungaro through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of the defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon the defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue summonses for City of White Plains, SPCA of Westchester, Detective Ferdinando "Fred" Cianci, Sergeant Todd Horgan, and Ernest Lungaro; complete the USM-285 form with the address for each defendant; and deliver all documents necessary to effect service to the U.S. Marshals Service.

3

      The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   October 31, 2025
           White Plains, New York

                                                                          CATHY SEIBEL
                                                               United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. City of White Plains
   255 Main Street
   White Plains, NY 10601

2. Detective Fred Cianci
   White Plains Police Department
   77 South Lexington Ave.
   White Plains, NY 10601

3. Sergeant Todd Horgan
   White Plains Police Department
   77 South Lexington Ave.
   White Plains, NY 10601

4. SPCA of Westchester
   590 North State Road
   Briarcliff Manor, NY 10510

5. Ernest Lungaro
   Director of Human Law Enforcement
   SPCA of Westchester
   590 North State Road
   Briarcliff Manor, NY 10510